**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| JOVASCEA WILLIAMS-ROBERTS, and AVISHOOV ROBERTS | ) ) ) |
| Plaintiffs, | ) ) ) Case 2:19-cv-00042-JTM |
| v. | ) ) |
| COLOPLAST CORP., and COLOPLAST MANUFACTURING US, LLC, | ) ) ) |
| Defendants. | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Jovascea Williams-Roberts and Avishoov Roberts and Defendants Coloplast Corp. and Coloplast Manufacturing US, LLC, by and through their undersigned counsel, hereby stipulate and agree to the dismissal with prejudice of all claims of Plaintiffs Jovascea Williams-Roberts and Avishoov Roberts that were or could have been asserted in this action, with each party to bear its own costs and fees.

1

Dated: September 6, 2022

*/s/ Lisa Causey-Streete*
Lisa Causey-Streete
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Tel : (318) 238-1826
Fax : (318) 354-1227
Email : lcausey@salim-beasley.com

*Attorney for Plaintiffs Jovascea Williams-Roberts and Avishoov Roberts*

Respectfully submitted,

*/s/ Sally Franklin Zweig*
Sally Franklin Zweig, No. 11367-49
Kristopher N. Kazmierczak, No. 19430-49
KATZ KORIN CUNNINGHAM, PC
334 North Senate Avenue
Indianapolis, Indiana 46204
P: (317) 464-1100; F: (317) 464-1111
szweig@kkclegal.com
kkaz@kkclegal.com

Robert K. Woo, Jr., *Pro Hac Vice*
KING & SPALDING LLP - ATL/GA
1180 Peachtree St NE
Atlanta, GA  30309-3521
P: 404-572-2706; F: 404-572-5100
bwoo@kslaw.com

*Attorneys for Defendants Coloplast Corp. and Coloplast Manufacturing US, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this proceeding.

*/s/ Sally Franklin Zweig*
Sally Franklin Zweig